# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Case No. 1:12-cv-00766-JDB-JMF |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-15, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe Defendants from this action without prejudice.  Defendants were issued the IP addresses 173.8.1.186,  64.48.8.244,  68.49.48.221,  68.50.74.115,  69.250.208.148,  76.111.31.128, 98.204.71.142, 98.218.254.222, 98.218.3.197, 98.233.184.242, 216.15.55.39, 70.108.241.115, 71.163.196.82 and, 72.75.126.19 respectively.  Plaintiff dismisses John Doe Defendants because the period of time for which the Internet Service Providers keeps the data records has elapsed.

Dated: August 28, 2012

Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
Counsel
Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 28th day of August, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866